# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00583-ZLW

GEORGE VALLEZ,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.



## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The motion titled "Motion to Stay Proceedings and to Remand to the State Supreme Court for a Certification of Question of Law Pursuant to Colorado Appellate Rule 21.1," submitted to and filed with the Court on September 23, 2008, by Applicant, George Vallez, is DENIED.

Dated: October 2, 2008

Copy of this Minute Order mailed on October 2, 2008, to the following:

George Vallez
Prisoner No. 76810
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                                  Secretary/Deputy Clerk